UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JON CULVAHOUSE, et al., | ) | |
| Plaintiffs | ) ) ) | |
| vs. | ) ) | CAUSE NO. 3:06-CV-313 RM |
| CITY OF LaPORTE, INDIANA, | ) ) ) | |
| Defendant | ) | |

O R D E R

The court having reviewed Magistrate Judge Christopher A. Nuechterlein's report and recommendation issued January 30, 2008, and no objections having been filed, the Report and Recommendation [Docket No. 99] is ADOPTED and the motion of the City of LaPorte to set aside and rescind the parties' July 24, 2007 partial settlement agreement relating to the City's construction of ADA-compliant curb ramps [Docket No. 87] is DENIED.

SO ORDERED.

ENTERED:   May 12, 2008

  /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court